1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT N. JOHNSON,                      No.  2:16-cv-0978 JAM DB

12            Plaintiff,

13       v.                                 ORDER

14   KRISHNA G. KUMAR, et al.,

15            Defendants.

16

17          This action came before the court on September 1, 2017, for hearing of plaintiff's motion

18   to compel.  Attorney Mary Melton appeared telephonically on behalf of the plaintiff.  No

19   appearance was made by, or on behalf of, any defendant.[1]

20          Upon consideration of the arguments on file and those made at the hearing, and for the

21   reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

22          1. Plaintiff's motion to compel (ECF No. 17) is granted;

23          2. Within twenty-one days of the September 1, 2017 hearing defendants shall produce to

24   plaintiff the requested discovery; and

25   ////

26   ////

27

28   _____
     [1]  Nor did any defendant file an opposition to plaintiff's motion.

3.  Within twenty-one days of the September 1, 2017 hearing, defendants' attorney, Bruce A. Neilson, shall pay plaintiff $1,200 in sanctions.[2]

DATED:  September 5, 2017               /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\johnson0978.oah.090117

---

[2]  In this regard, this sanction shall be paid by attorney Neilson and not his clients.