UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISHNA G. KUMAR and<br>NALINI K. KUMAR,<br><br>    Defendants. | No. 2:16-cv-00978-JAM-DB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Scott Johnson ("Plaintiff") sued Defendants Krishna G. Kumar and Nalini K. Kumar ("Defendants"), alleging that their business, the Economy Inn, does not comply with the Americans with Disabilities Act ("ADA") and the Unruh Civil Rights Act. Compl., ECF No. 1. Plaintiff moved for summary judgment. Mot., ECF No. 26. Defendants did not oppose Plaintiff's motion. For the reasons set forth below, the Court GRANTS Plaintiff's motion.[1]

///

///

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

1

# I. OPINION

Plaintiff, a quadriplegic, visited the Economy Inn, located at 528 E. Pacheco Blvd., Los Banos, California, on February 23, 2015, March 9, 2015, April 20, 2015, May 27, 2015, September 6, 2015, October 6, 2015, October 7, 2015 and December 7, 2015. Johnson Decl. ¶ 4, ECF No. 26-5. During his visits, Plaintiff found that the entrance ramp to the office door lacked a landing; the door hardware was hard to operate; and the transaction counter was too high for him to use. Id. at ¶¶ 7-12. Traveling to a guestroom, Plaintiff found the path to his guestroom obstructed by air conditioning units. Id. at ¶¶ 13-15.

Plaintiff plans to return and patronize the Economy Inn once barriers are removed. Id. at ¶¶ 19-20. He seeks injunctive relief and statutory damages under the Unruh Civil Rights Act corresponding to two (2) obstructed visits to the Economy Inn ($4,000.00 minimum statutory damages per visit, for a total amount of $8,000.00). Mot. at 11.

Here, Plaintiff provided factual evidence that Defendants' business did not comply with the ADA and Unruh Civil Rights Act. Defendants did not oppose or provide evidence demonstrating an issue of material fact as to those violations. Thus, there is no dispute of fact as to Plaintiff's visits to the Economy Inn and Defendants' statutory noncompliance, making relief appropriate.

Although a plaintiff may recover statutory damages for several visits to a non-compliant facility, making multiple visits to a non-complaint facility in a short amount of time may constitute a failure to mitigate. See Johnson v. Guedoir, 218 F. Supp. 3d 1096, 1103 (E.D. Cal. 2016). Here, Plaintiff visited

the Economy Inn eight times in ten months.  Since Plaintiff only seeks statutory damages for two of his eight visits and there is no showing of failure to mitigate, the Court will grant Plaintiff $8,000 in statutory damages.

## II.  ORDER

For the reasons provided, Plaintiff's Motion for Summary Judgment, ECF No. 26, is GRANTED.  Defendants are enjoined to "alter facilities to make such facilities readily accessible to and useable by individuals with disabilities" to the extent required by the ADA.  42 U.S.C. § 12188(a)(2).  The Court also awards Plaintiff statutory damages in the amount of $8,000.

IT IS SO ORDERED.

Dated: November 9, 2017

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE